IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| GREG DEWAYNE HURST,<br><br>           Plaintiff,<br><br>v.<br><br>R. CARLTON POWELL, VIRGINIA WILLIAMS, TONYA BRYANT, RON JAMES, and OFFICER MCCOY[1],<br><br>           Defendants. | Civil Action No. 7:13-CV-66 (HL) |

ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 12) in which he recommends that Officer McCoy, Ron James, and R. Carlton Powell be dismissed as defendants. Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for clear error and finds none. The Recommendation is accepted and adopted. Defendants McCoy, James, and Powell are dismissed as parties. The case will move forward against Defendants Williams and Bryant.

**SO ORDERED**, this the 6th day of August, 2013.

                                   *s/ Hugh Lawson*
                                   **HUGH LAWSON, SENIOR JUDGE**

mbh

---

[1] The Clerk of Court is directed to add Officer McCoy on the docket as a defendant so as to make the record complete.